IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE at GREENEVILLE

| | | |
|---|---|---|
| BOAZ PLEASANT-BEY (#473110), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15-cv-174 |
| | ) | Judge Atchley |
| TENNESSEE DEPARTMENT OF | ) | Magistrate Judge Wyrick |
| CORRECTION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT NOTICE OF SETTLEMENT AND MOTION TO STAY CASE PENDING EXECUTION OF SETTLEMENT**

COMES now Plaintiff, Boaz Pleasant-Bey, through counsel, and Defendants Bennie Townsend, Derrick Schofield, Craig Jullian, Randy Lee, Maurice Widener, Gerald McAllister, John Walker, and the Tennessee Department of Correction (collectively "TDOC"), by and through the Office of the Attorney General, and hereby jointly and respectfully give notice to the Court of a settlement between the parties pending final execution of the settlement terms.

On May 16, 2022, Defendants' representative signed the final written settlement and release agreement between the parties. This was forwarded to Plaintiff's counsel on May 18 and was promptly sent via postal mail to Plaintiff, who is in State custody, for his signature. The parties are currently waiting for the return of Plaintiff's signature, after which the State of Tennessee will fulfill the monetary terms of the agreement. The agreement further requires Plaintiff to dismiss the instant case, as well as his Middle District case, within 14 days of payment being made to him.

Based on the foregoing, the parties are not able to file the joint stipulation of dismissal by the May 23, 2022 deadline (Doc. 193), and respectfully request that the Court enter a stay

to allow the parties to complete the last remaining steps before filing said dismissal. In the alternative, the parties move for an additional extension of time of 60 days to file a stipulation of dismissal. Good causes exists to stay the proceedings, or, in the alternative, grant the requested extension, because the parties have arrived at final settlement terms, are awaiting a final signature from an incarcerated party, and will diligently work to fulfill the conditions precedent to dismissal.

Respectfully submitted,

For Plaintiff:
*s/ Maha Ayesh*
Maha M. Ayesh, BPR# 025244
Jennifer Morton Law, PLLC
8217 Pickens Gap Road
Knoxville, TN 37920
(865) 579-0708
maha@jmortonlaw.com

For Defendants:
HERBERT H. SLATERY III
Attorney General and Reporter

/s/ Dean S. Atyia
Dean S. Atyia, BPR# 039683
Assistant Attorney General
Law Enforcement and Special Prosecutions Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
dean.atyia@ag.tn.gov

## CERTIFICATE OF SERVICE

On May 24, 2022, the undersigned served a copy of this document on all registered parties and/or their counsel of record via this Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*s/ Maha Ayesh*