**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE**

| | | |
|---|---|---|
| BOAZ PLEASANT-BEY (#473110), | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 2:15-cv-174 |
| | ) | Judge Atchley |
| TENNESSEE DEPARTMENT OF | ) | Magistrate Judge Wyrick |
| CORRECTION, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1), and as evidenced by the signatures of counsel below, the parties stipulate to dismissal of this action with prejudice. Each party will bear his or its own attorneys' fees and costs.

Respectfully submitted, this 5th day of July 2022,

For the Plaintiff, Boaz Pleasant-Bey:

*s/ Maha Ayesh*
Maha M. Ayesh, BPR #025244
Jennifer Morton Law, PLLC
8217 Pickens Gap Rd.
Knoxville, TN 37920
Telephone: 865-579-0708
Facsimile: 865-579-0787
maha@jmortonlaw.com

For Defendants:

*/s/ Dean Atyia (w/ permission by MMA)*
Dean S. Atyia, BPR# 039683
Assistant Attorney General
Law Enforcement and Special Prosecutions
Division
P.O. Box 20207
Nashville, Tennessee 37202-0207
dean.atyia@ag.tn.gov

## CERTIFICATE OF SERVICE

On July 5, 2022, the undersigned served a copy of this document on all registered parties and/or their counsel of record via this Court's CM/ECF system in accordance with the Federal Rules of Civil Procedure.

*s/ Maha Ayesh*